```
1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  DENNIS M. WONG (CSBN 173951)
   Special Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California  94102-3495
        Telephone: (209)956-9739
6       FAX: (209)956-9795
        dwong@bop.gov
7
   Attorneys for the United States of America
8
                     UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
```

| | | |
|---|---|---|
| RONALD AUSTIN, DEBORAH AUSTIN, | ) | No. CV 10-04551-SBA |
| | ) | E-FILING CASE |
| Plaintiffs, | ) | |
| | ) | STIPULATION AND REQUEST FOR |
| vs. | ) | DATE CHANGE FOR DEFENDANT'S |
| | ) | MOTION TO SUBSTITUTE U.S. FOR |
| MATTHEW LANGE, CORNELL CORRECTIONS CENTER, U.S. FEDERAL BUREAU OF PRISONS, and DOES 1-50., | ) | FEDERAL BUREAU OF PRISONS AND MOTION TO DISMISS FROM APRIL 5, 2011, TO APRIL 26, 2011. |
| | ) | |
| Defendants, | ) | |

*Austin v. Lange, et al.,* 10-04551 (Stip. For Date Change)- 1

The Defendant Federal Bureau of Prisons, by and through their counsel, Defendants Matthew Lange and Cornell Corrections, by and through their counsel, and Plaintiff Ronald and Deborah Austin, by and through their counsel, hereby stipulate as follows:

1. That due to a conflict for counsel for the United States, the hearing for defendants' motions currently scheduled for April 5, 2011, be moved to April 26, 2011. The time (1:00 p.m.) and place (Courtroom 1, 4th Floor, Oakland) remains the same.

IT IS SO STIPULATED.

DATED:_____ BY: _____
                         BERT CARTER JR.
                         Attorney for Plaintiffs

DATED:_____ BY: _____
                         PATRICK L. HURLEY
                         Attorney for Defendants Lange & Cornell

DATED:_____ BY: _____
                         DENNIS M. WONG
                         Special Assistant U.S. Attorney

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT the April 5, 2011 hearing date on defendants' motions and the April 27, 2011 case management conference are both CONTINUED to **May 24, 2011 at 1:00 p.m.**

IT IS SO ORDERED.

DATED: 2/17/11      BY: _____
                         SANDRA BROWN ARMSTRONG
                         United States District Judge

*Austin v. Lange, et al.,* 10-04551 (Stip. For Date Change)- 2